IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01743-EWN-BNB

PATRICIA LEE MORROW,

Plaintiff,

v.

WACHOVIA BANK, N.A., as Trustee for the Registered Holders of Aegis Asset Backed Securities Trust,
HOPP & SHORE, LLC, and
PUBLIC TRUSTEE OF BOULDER COUNTY,

Defendants.
_____

**ORDER TO SHOW CAUSE**
_____

The plaintiff commenced this case by filing a Verified Complaint (the "Complaint") on September 1, 2006 [Doc. #1]. On September 7, 2006, I ordered the plaintiff to file proof of service on all defendants on or before January 2, 2007 [Doc. #3]. The plaintiff has not filed proof of services on any of the defendants.

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Rule 4(m), Fed. R. Civ. P.

The 120 days for service provided in Rule 4(m) expired on December 30, 2006.

Accordingly,

IT IS ORDERED that on or before **January 18, 2007**, the plaintiff shall show cause, if any there be, in writing why this case should not be dismissed for failure to prosecute, failure to timely effect service of process as required by the Federal Rules of Civil Procedure, and failure to comply with an Order of this Court.  D.C.COLO.LCivR 41.1.  Failure to show cause on or before January 18, 2007, will result in my recommendation that this case be dismissed.

Dated January 4, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge