IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01743–EWN–BNB

PATRICIA LEE MORROW,

     Plaintiff,

v.

WACHOVIA BANK, N.A., as Trustee for the Registered
Holders of Aegis Asset Backed Securities Trust,
HOPP & SHORE, LLC, and
PUBLIC TRUSTEE OF BOULDER COUNTY,

     Defendants.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed January 22, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

2. The Complaint is DISMISSED, pursuant to local rule 41.1, for failure to prosecute, failure to timely effect service of process as required by the Federal Rules of Civil Procedure, and failure to comply with an order of this court.

DATED this 2nd day of April, 2007.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge